PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Thomas Weiner

Crim. No.  8:19CR00194

On  December 31, 2015  the above named was placed on supervised release for a period of 120 Months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Jacquelyn C. Fischer*
U.S. Probation and Pretrial Services Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  24th  day of  March , 20 21 .

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
U.S. District Judge